512 A.2d 634

## In re ROSS TOWNSHIP ELECTION DISTRICT REAPPORTIONMENT.

Petition of Lori HEISER, William Gibson, Pauline Gibson, Gene Kazmier, Janet Gaylor, Paul Talbott, Mary Ellen Fallon, Karen Fallon, Lois Waddell, Harry Leas, Frank Straw, Phyllis Straw, Robert Williams, Lon Grant, Peggy Grant, Mary Ellen Ploeger, Kenneth Pinnon, Yvonne Pinnon, Walter Breathaver and Martha Breathaver, Intervenors.

Supreme Court of Pennsylvania.

July 23, 1986.

Petition for Allowance of Appeal GRANTED, No. 54 W.D. Appeal Docket 1986.